FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 17 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMONS, JR.,

    Plaintiff(s),

v.

UNITED STATES of AMERICA, et al.,

    Defendant(s).

NO. MC10-55MJP

ORDER OF DISMISSAL

The above-entitled Court, having received and reviewed

1.     Magistrate's Report and Recommendation (Dkt. No. 2)

2.     Plaintiff's Objections to the Report & Recommendation of the U.S. Magistrate Judge (Dkt. No. 3)

and all attached declarations and exhibits, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Because Plaintiff has already filed three *in forma pauperis* applications and proposed civil actions this year, his *in forma pauperis* application is DENIED. See *In re John Robert Demos*, MC92-269-CRD (W.D. Wash. Jan. 16, 1992)(bar order);

(3)     Plaintiff's proposed admiralty complaint is DISMISSED; and

(4)     The Clerk shall close this case and send a copy of this Order to Plaintiff and to Judge Donohue.

Dated: May 17, 2010

Marsha J. Pechman
U.S. District Judge



10-MC-00055-ORD

ORDER ON RPT & RECOMM - 1